# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ALFONSO RASCON VASQUEZ, Defendant. | Case No. CR-08-15-RAW |

## ORDER

Before the court is Defendant's objection to the Magistrate's Report and Recommendation entered on March 14, 2008. The court has considered and hereby overrules Defendant's objection. The Report and Recommendation is well-supported and is hereby affirmed and adopted as this court's Findings and Order.

It is so ORDERED this 26th day of March, 2008.

**Dated this 26th Day of March 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma